979 F.2d 849
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
Kenneth Franklin SULLIVAN, a/k/a Ken Sullivan, Defendant-Appellant.
 No. 92-7009.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: October 26, 1992
Decided: November 17, 1992
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.
 Kenneth Franklin Sullivan, Appellant Pro Se.
 John Douglas McCullough, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.
 E.D.N.C.
 DISMISSED.
 Before ERVIN, Chief Judge, and RUSSELL and WIDENER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Kenneth Franklin Sullivan appeals from the district court's order refusing relief under 28 U.S.C. § 2255 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. United States v. Franklin, Nos. CR-91-13-4-CR-H, CA-92-87-4-CIVH (E.D.N.C. June 16, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED